UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

CHARLES ERIC HOPKINS (#88769)

VERSUS

LEONARD JACKSON, ET AL

CIVIL ACTION

NO. 10-724-BAJ-DLD

## RULING

The Court, after carefully considering the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Docia L. Dalby dated October 26, 2010, to which no objection has been filed, hereby approves the report and recommendation of the magistrate judge and adopts it as the Court's opinion herein.[1]

Accordingly, the plaintiff's complaint shall be DISMISSED, for failure to exhaust administrative remedies pursuant to 42 U.S.C. § 1997e(a).

Baton Rouge, Louisiana, November 17, 2010.

_____
BRIAN A. JACKSON
UNITED STATES DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Plaintiff filed a document (doc. 4) prior to the deadline for filing objections to the report and recommendation, but the document does not address the findings of fact, conclusions of law, or recommendations set forth in the report and recommendation of October 26, 2010.